# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Oregon

Case Number: 2:13-CV-01694-SU

Plaintiff:
**BOB MESCH**
vs.
Defendant:
**THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION
and ERICA LYNN BRACHFELD**

For:
    TRIGSTED LAW GROUP, P.C.

Received by MALSTROM'S PROCESS SERVING CO. on the 8th day of January, 2014 at 2:29 pm to be served on **ERICA LYNN BRACHFELD, 13101 W. WASHINGTON BLVD, SUITE 227, LOS ANGELES, CA 90066**. I, _Luis Noreco_, being duly sworn, depose and say that on the _7th_ day of _February_, 20_14_ at _2:45_ P.m., executed service by delivering a true copy of the **Summons in a Civil Action and First Amended Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the person personally.

( ) SUBSTITUTE SERVICE: By serving _____, a person 14 years of age or older who resides at the residence of the defendant. ( ) MAILING: A copy of the documents along with a statement of the date, time, and manner of service was mailed by first class mail on (date) _____

(X) OFFICE SERVICE: By serving _Maria Jimenez, Person in Charge_, the person apparently in charge of the office which the defendant maintains for the conduct of business. (X) MAILING: A copy of the documents along with a statement of the date, time, and manner of service was mailed by first class mail on (date) _2-11-14_

( ) POSTING: Posting the documents in a secure manner to the main entrance of the premises.

( ) TRUSTEE'S NOTICE OF SALE:
1st Attempt: (date)_____ (time) _____AM / PM  Posted/Served:_____

2nd Attempt: (date) _____ (time) _____AM / PM  Posted/Served:_____

3rd Attempt: (date) _____(time) _____ AM / PM Posted /Served:_____
A copy of the documents along with a statement of the date, time, and manner of service was mailed by first class mail addressed to "OCCUPANTS" on (date)_____

( ) ALTERNATE SERVICE ADDRESS: _____

( ) NON-SERVED: I was unable to effect service detailed in the comments below.

**COMMENTS:** _Description, Female, Hispanic, 40 years old, 5'4", 140 lbs, Black Hair._



# AFFIDAVIT OF SERVICE for 2:13-CV-01694-SU

I am a competent person over 18 years of age and a resident of the State of service; I am not a party to nor an officer, director or employee of, nor attorney for any party.

Subscribed and Sworn to before me on the _____ day of _____, _____ by the affiant who is personally known to me.

_____
NOTARY PUBLIC



PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MALSTROM'S PROCESS SERVING CO.**
P.O. Box 2031
Salem, OR 97308-2031
(503) 585-0234

Our Job Serial Number: 2014000108

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| BOB MESCH <br><br> *Plaintiff(s)* <br> v. <br> THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, and ERICA LYNN BRACHFELD <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-01694-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ERICA LYNN BRACHFELD
880 Apollo St. Ste. 155
El Segundo, CA 90245

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Suite 150
Lake Oswego, OR
97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **12/27/2013**                By: **s/C.Brost, Deputy Clerk**