Joshua Trigsted
Oregon State Bar ID Number 06531
Trigsted Law Group, P.C.
5200 SW Meadows Rd Ste 150
Lake Oswego, OR 97035
888 595 9111 ext 216
866 927 5826 facsimile
jtrigsted@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

**BOB MESCH**,

        Plaintiff,

vs.

**THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION & ERICA LYNN BRACHFELD**,

        Defendants.

Case No.: 2:13-cv-01694-SU

**MOTION FOR CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff hereby requests Clerk's entry of default against Defendant, The Brachfield Law Group, PC, who was served with Plaintiff's Complaint via personal service on October 4, 2013, and Erica Lynn Brachfield, who was served with Plaintiff's Complaint via personal service on February 4, 2014. (Documents 9 and 8, respectively). Defendant has offered no explanation for its failure to answer the instant complaint. Accordingly, Plaintiff seeks default against Defendants. This request is supported by the Declaration of undersigned, filed herewith.

////

////

////

Dated this 28th day of April, 2014.

By_s/Joshua Trigsted__
Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd Ste 150
Lake Oswego, OR 97035
888 595 9111 ext 216
866 927 5826 facsimile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, a true and correct copy of the foregoing was served via U.S. Mail, postage pre-paid, upon the following:

Erica Lynn Brachfeld
13101 w. Washington Blvd, Suite 227
Los Angeles, CA 90066

The Brachfeld Law Group, PC
880 Apollo St. Ste. 155
El Segundo, CA  90245

/s/ Terri Parrish
Terri Parrish